**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 07-20577-CR-HUCK (s)**

**UNITED STATES OF AMERICA**

**vs.**

**ALI ADAM,**

      **Defendant.**

_____/

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

Pursuant to Rule 35(b) (2)(B) of the Federal Rules of Criminal Procedure and Title 18, United States Code, 3553(e), the United States of America hereby moves for a sentencing reduction for defendant Ali Adam in order to reflect his substantial assistance in the prosecution of others, and that his sentence should be reduced by 33% to reflect that fact. The government will proffer the extent and type of assistance rendered by the defendant at his sentencing hearing.

      Respectfully submitted,

      JEFFREY H. SLOMAN
      UNITED STATES ATTORNEY

      s/ Todd W. Mestepey
      TODD W. MESTEPEY
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 580244
      99 Northeast 4th Street
      Miami, FL 33132-2111
      Tel.: (305) 961-9013
      Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk

of the Court using CM/ECF on the 24th day of February, 2010.

s/    Todd W. Mestepey

Todd W. Mestepey

Assistant United States Attorney
