# CRIMINAL MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE PAUL C. HUCK

Case No. **07-CR-20577**

Date & Time: **3-3-10**     **10:00 a.m. —**

Clerk: Evelyn Williams     Court Reporter: Patricia Sanders

USPO: _____     Interpreter: _____

UNITED STATES OF AMERICA vs. **Ali Adams**

AUSA: **Patrick Sullivan + Todd Mestepey**

Defendant(s) Counsel: **William Barazee**

Defendant(s) Present **✓**     Not Present __     In Custody __

Reason for hearing: **Rule 35(b) · Govt**

Result of hearing: **Mtn granted  sentenced reduced to 220 months  Sentenced reduced by 140 months**

CASE CONTINUED TO: _____ Time: _____ A.M.